No. 1067. AMALGAMATED CLOTHING WORKERS OF AMERICA, AFL–CIO, ET AL. *v.* LOCAL 1441, RETAIL CLERKS INTERNATIONAL ASSN., AFL–CIO, ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *Jacob Sheinkman* for petitioners. *S. G. Lippman* and *Tim L. Bornstein* for respondents. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* filed a memorandum for the National Labor Relations Board.

No. 1133, Misc. BERRY *v.* WARDEN, QUEENS HOUSE OF DETENTION. C. A. 2d Cir. Certiorari denied.

No. 1337, Misc. WILLIAMS *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall* and *Harold H. Greene* for respondent.

No. 1232, Misc. BROWN *v.* NEW YORK. Appellate Division, Supreme Court of New York, Second Judicial Department. Certiorari denied.

No. 1280, Misc. LIPSCOMB *v.* KENNEDY, ATTORNEY GENERAL, ET AL. C. A. 7th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Gerald P. Choppin* for respondents.

No. 1289, Misc. BROWN *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 1298, Misc. KEMPINSKI *v.* UNITED STATES. Court of Claims. Certiorari denied.